**TEXAS & NEW ORLEANS RAILROAD COMPANY, Appellant, v. A. A. BERRY et al., Appellees.**

No. 9399.

Court of Civil Appeals of Texas. San Antonio.

June 20, 1934.

Rehearing Denied Oct. 3, 1934.

B. W. Teagarden, of San Antonio, Boggess, La Crosse & Lowrey, of Del Rio, Roy L. Arterbury and Baker, Botts, Andrews & Wharton, all of Houston, for appellant.

Jones & Jones and Robt. M. Lyles, all of Del Rio, for appellees.

PER CURIAM.

This is a companion case to those of No. 9377, Texas & N. O. Railway v. Stratton, this day decided, 74 S.W.(2d) 746, and No. 9383, Texas & N. O. Railway v. Stratton, decided June 13, 1934, 74 S.W.(2d) 741. On authority of the decision and opinions in those two cases (here referred to and adopted as parts of this opinion), the evidence and the points of law decided being the same in all, the judgment of the trial court in this case will be reversed, and judgment here rendered that appellees take nothing by their suit against appellant, and pay all costs.